UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | ED CV 18-02584-JLS (DFM) | Date: | August 22, 2019 |
|---|---|---|---|
| Title | Jose Luis Lopez Galindo v. David Cerecerez et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On June 21, 2019, the Court dismissed Plaintiff's Second Amended Complaint with leave to amend and ordered him to either file a Third Amended Complaint or voluntarily dismiss the case within thirty-five (35) days. See Dkt. 10. Plaintiff did not do so. **Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**